

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2022

No. 04-21-00516-CV

Lon E. **GRINAGE** & Marilyn Grinage,
Appellants

v.

Jason Phillip **THOMPSON** & Terrie Mylene Thompson,
Appellees

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. CVW1900810
Honorable Lynn Ellison, Judge Presiding

# O R D E R

The trial court's order at issue in this appeal was signed on October 18, 2021. Assuming without deciding that the order was appealable, a notice of appeal was due on November 17, 2021, and a motion for extension of time to file a notice of appeal was due on December 2, 2021. *See* TEX. R. APP. P. 26.1, 26.3.

On November 18, 2021, after the deadline to file the notice of appeal, Appellant filed a notice of appeal without filing a motion for extension of time to file a notice of appeal. *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but *within* the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3]." (emphasis added)).

We ORDER Appellant to SHOW CAUSE in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 10.5(b) (requirements for a motion for extension of time); *Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989) (reasonable explanation); TEX. R. APP. P. 42.3(a) (dismissal for want of jurisdiction). If Appellant fails to respond within the time provided, this appeal will be dismissed. *See id.* R. 42.3(c) (dismissal for failure to comply with court order).

_____
Patricia O. Alvarez, Justice


       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court